

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-18-00758-CV

Michelle **NINO,** Individually and as Personal Representative of the Estate of Robert Nino, Deceased; Julyssa Sixx Nino; Robert Nino Jr.; and Alyssa Nikki Nino, Appellants

v.

**PRIMORIS ENERGY SERVICES CORPORATION** D/B/A Primoris Pipeline, Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-12-12787-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellants' reply brief was due on April 22, 2019.  *See* TEX. R. APP. P. 38.6(c).  On the due date, Appellants filed an unopposed first motion for a thirty-day extension of time to file the reply brief.

Appellants' motion is GRANTED.  Appellants' reply brief is due on May 22, 2019.  *See id.* R. 38.6(d).

It is so **ORDERED** on this 30th day of April, 2019.

PER CURIAM

ATTESTED: _____
KEITH E. HOTTLE,
Clerk of Court